UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____

BRITTNEY M. ALMANZAR,

        Plaintiff,

vs.

STATE      FARM      MUTUAL
AUTOMOBILE     INSURANCE
COMPANY,

        Defendant.

CASE NO: 6:23-cv-347

_____

## **DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL**

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm" or "Defendant"), by and through its undersigned counsel, and in accordance with the applicable Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Middle District of Florida, and 28 U.S.C. §§ 1332, 1441(a) and 1446, hereby files its Notice of and Petition for Removal.  Defendant requests the Court remove this action from the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and states as follows:

## Background

1.      On or about June 28, 2022, Plaintiff, BRITTNEY M. ALMANZAR ("Plaintiff"), filed a civil action in the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida under the name and style *Brittney A. Almanzar v. Sebastian A. Gonzalez,* Case No. 2022-CA-001668 AN (the "Circuit Court Case").  On November 7, 2022, Plaintiff filed an Amended Complaint that added State Farm as a defendant. **See Exhibit 1** (Amended Complaint).  State Farm was served with Plaintiff's Amended Complaint on November 22, 2022, and it filed its Answer and Affirmative Defenses on January 12, 2023.

2.      The Amended Complaint in the Circuit Court Case seeks uninsured/underinsured motorist benefits under an insurance policy issued by State Farm.

3.      On January 28, 2023, Plaintiff filed a notice of voluntary dismissal with prejudice with respect to State Farm's co-defendant, Sebastian A. Gonzalez. **See Exhibit 2.**

4.      Therefore, the only remaining parties to the action are Plaintiff and State Farm, and removal is appropriate because there is complete diversity of citizenship.

## Removal is Proper Based on Diversity Jurisdiction

5.    This action is within original jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1332, as the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.  *See* 28 U.S.C. § 1332(a)(1).

### *There is Complete Diversity of Citizenship*

6.    Pursuant to 28 U.S.C. § 1332 "[a] corporation shall be deemed a citizen of any state by which it has been incorporated and of the state where it has its principal place of business."

7.    "A person's domicile is the place of 'his true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom.'" *Mas v. Perry*, 489 F. 2d 1396, 1399 (5th Cir. 1974), cert. denied, 419 U.S. 842 (1974) (quoting *Stine v. Moore*, 213 F. 2d 446, 448 (5th Cir. 1954)).

8.    Domicile is determined by two factors: residence and intention to remain. *Las Vistas Villas, S.A. v. Petersen*, 778 F. Supp. 1202, 1204 (Fla. M.D. 1991).  Some courts consider the following factors in determining individual citizenship for the purpose of diversity of citizenship: (1) where a person resides; (2) where he or she works; (3) where he or she votes; (4) the State that issues the

person's driver's license; (5) where the person seeks medical treatment; (6) where the person pays taxes; and (7) what address the person lists as his address on various documents. *See, e.g., McCormick,* 293 F. 3d at 1257 (considering plaintiff's employment, property ownership, ownership of Florida Driver's License, voter registration in the State of Florida, and payment of Florida income taxes in determining whether Plaintiff was a citizen of Florida).

9.      In the instant case, Defendant is a foreign corporation that is incorporated and organized under the laws of the State of Illinois and has its principal place of business in Illinois.  **See Exhibit 3**.

10.     Plaintiff is a citizen of the State of Florida based on Paragraph 2 her Amended Complaint, which alleges she at all relevant times was a natural person residing in Orange County, Florida.  **See Exhibit 1.**

11.     In addition, the police report relating to the subject collision indicates Plaintiff has home address in Orlando, Florida.  **See Exhibit 4.**

12.     Finally, Plaintiff received a traffic citation in Orlando, Florida, back in 2021, indicating she has resided in Orlando for several years.  **See Exhibit 4.** Therefore, the evidence shows that Plaintiff is a citizen of Florida because she is a resident of Florida and has an intention to remain here.

*13.*    Accordingly, there is complete diversity of citizenship between the parties to this action under 28 U.S.C. 1332(a)(2) because the parties are citizens of different states.

**The Amount in Controversy Exceeds the Jurisdictional Amount**

14.    In addition, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

15.    Plaintiff has filed suit for breach of contract, alleging State Farm owes underinsured motorist benefits under an automobile insurance policy issued by State Farm.

16.    The UM limits under the State Farm policy are $100,000/$300,000. **See Dec Page attached as Exhibit 5.**

17.    In addition, prior to filing suit, Plaintiff sent demand letters seeking $100,000 on April 11, 2022, and $75,000 on May 24, 2022. **See Exhibit 6.**

18.    Therefore, the amount in controversy exceeds $75,000.

19.    Accordingly, the amount in controversy in this case exceeds the jurisdictional amount under 28 U.S.C. § 1332(a)(1).

## Venue

20.    The United States District Court for the Middle District of Florida, Orlando Division, includes the judicial circuit in which Plaintiff filed his

Complaint. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1446(a).

## **Compliance with Procedural Requirements**

21. Pursuant to 28 U.S.C. § 1446(b)(3), "if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." This Notice of and Petition for Removal has been filed within thirty (30) days of the receipt by Defendant of notice of the basis for removal. Defendant first ascertained that this case was removable upon dismissal of the non-diverse defendant, Sebastian A. Gonzalez, on January 28, 2023. Thus, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b).

22. Copies of all processes, pleadings, orders and other papers or exhibits of every kind currently on file with the state court are filed with this notice of removal as required by 28 U.S.C. § 1446(a) and Local Rule 4.02(b), M.D. Fla.

23. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide written notice of removal of this action to all parties in this action and will file a copy of

the notice with the Clerk of the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida.

WHEREFORE, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY respectfully prays that the United States District Court for the Middle District of Florida, Orlando Division, accept the removal of this action from the state court and direct that the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida have no further jurisdiction of this matter unless and until this case is remanded.

DATED this 27th day of February 2023.

Respectfully submitted,

/s/ Christine A. Wasula
CHRISTINE A. WASULA
FBN: 0148164
GARRETT M. LENTZ
FBN: 1019733
COLE, SCOTT, & KISSANE, P.A.
Tower Place, Suite 400
1900 Summit Boulevard
Orlando, FL 32810
Telephone: (321) 972-0075
Facsimile: (321) 972-0099
Email: Christine.wasula@csklegal.com
E-mail: mcherie.heckford@csklegal.com
E-mail: garrett.lentz@csklegal.com
E-mail: samanthac.garcia@csklegal.com
Attorneys for Defendant, State Farm Mutual Automobile Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I filed the foregoing with the United States Middle District Clerk of the Court via the CM/ECF filing system, which will send a notice of electronic filing to: Louis A. DeFreitas, Jr., Esq., Morgan and Morgan, PA, 198 Broadway Avenue, Kissimmee, FL  34741, ldefreitas@forthepeople.com,                    kmargolis@forthepeople.com, rpaulino@forthepeople.com, Attorneys for Plaintiff.


*/s/ Christine A. Wasula*
Christine A. Wasula
FBN: 0148164



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 25942077**
**Date Processed: 11/23/2022**

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | State Farm Mutual Automobile Insurance Company<br>Entity ID Number  3461675 |
| **Entity Served:** | State Farm Mutual Automobile Insurance Company |
| **Title of Action:** | Brittney M. Almanzar vs. Sebastian A. Gonzalez |
| **Matter Name/ID:** | Brittney M. Almanzar vs. Sebastian A. Gonzalez (13250244) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Osceola County Circuit Court, FL |
| **Case/Reference No:** | DFS#22-000445374/2022CA1668AN |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 11/22/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | FL Dept. of Financial Services |
| **How Served:** | Electronic SOP |
| Sender Information: | Morgan & Morgan, P.A.<br>407-452-6990 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# EXHIBIT 1

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

| | |
|---|---|
| BRITTNEY M. ALMANZAR | **CASE #:**   **2022CA1668AN** |
| | **COURT:**   **NINTH JUDICIAL COURT** |
| | **COUNTY:**   **OSCEOLA** |
| PLAINTIFF(S) | **DFS-SOP #:** 22-000445374 |

VS.

SEBASTIAN A. GONZALEZ, ET AL.

DEFENDANT(S)
_____/

SUMMONS; PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; EXHIBIT "A" AMENDED COMPLAINT; ORDER ALLOWING PLAINTIFF TO FILE AMENDED COMPLAINT; PLAINTIFF'S REQUEST FOR ADMISSIONS; PLAINTIFF'S REQUEST TO PRODUCE TO DEFENDANT; NOTICE OF SERVICE OF INTERROGATORIES; INTERROGATORIES; PLAINTIFF'S NOTICE OF COMPLIANCE WITH RULE 2.516 AND DESIGNATION OF E-MAIL ADDRESS(ES); STANDING CASE MANAGEMENT PLAN/ORDER;

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Monday, November 21, 2022 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, November 22, 2022 to the designated agent for the named entity as shown below.

      STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
      LYNETTE COLEMAN
      1201 HAYS STREET
      TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

ALLISON COURT
CPS
PROCESS SERVICE OF AMERICA
1280 CEDAR CENTER DRIVE
TALLAHASSEE, FL 32301

KS1

Filing # 160822582 E-Filed 11/08/2022 08:13:43 AM

## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR OSCEOLA COUNTY FLORIDA

### CASE NO: 2022 CA 001668 AN

**BRITTNEY M. ALMANZAR,**

     **Plaintiff,**

**vs.**

**11/21/22**
**11:30AM**
**ANC#265**

**SEBASTIAN A. GONZALEZ AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

     **Defendant.**

_____ /

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production and Request for Admissions in the above-styled cause upon the Defendant:

### STATE FARM MUTUAL AUTOMONILE INSURANCE COMPANY R/A: CHIEF FINANCIAL OFFICER 200 E. GAINES STREET TALLAHASSEE, FL 32399

     Each Defendant is hereby required to serve written defenses to said Complaint or Petition on LOUIS A. DEFREITAS, ESQUIRE, **Morgan & Morgan, P.A.**, 198 Broadway, Kissimmee FL 34741, Telephone: (407) 452-6990, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

1

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

　　If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the ADA Coordinator, Human Resources, **OSCEOLA COUNTY COURTHOUSE, 2 COURTHOUSE SQUARE, SUITE 200, KISSIMMEE, FLORIDA 34741, (407) 742-2400**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

　　WITNESS my hand and the seal of this Court on this the ___16___ day of ___Nov.___, 2022

Clerk of the Circuit Court

By_____

As Deputy Clerk

2

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o (V) 1-800-955-8770, via Florida Relay System."

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez

3

telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrativa de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou (V) 1-800-955-8770, via Florida Relay System."

**MORGAN & MORGAN, P.A.**
**198 BROADWAY**
**KISSIMMEE FL 34741**

4

## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR OSCEOLA COUNTY FLORIDA

**BRITTNEY M. ALMANZAR,**

**Plaintiff,**

-vs-

**SEBASTIAN A. GONZALEZ,**

**CASE NO:  2022 CA 001668 AN**

**Defendants,**

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, the Plaintiff, BRITTNEY M. ALMANZAR, by and through her undersigned counsel, pursuant to Rule 1.190 of the Florida Rules of Civil Procedure, and hereby moves this Honorable Court for Motion for Leave to file her Amended Complaint, and as grounds therefore, states as follows:

1.     Plaintiff filed her First Complaint against Defendant, SEBASTIAN A. GONZALEZ, on June 28, 2022.

2.     Plaintiff wishes to amend her complaint to add Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, uninsured/undersinsured motorist carrier,which policy was in full force and effect on date of accident.

3.     Defendant, SEBASTIAN A. GONZALEZ, would not be prejudiced by said amendment.

4.     Defendant, SEBASTIAN A. GONZALEZ, has no objection to said amendment.

WHEREFORE, Plaintiff respectfully requests this Court to issue an Order granting Plaintiff's

leave to file her Amended Complaint to add Defendant, STATE FARM MUTUAL

AUTOMOBILE INSURANCE COMPANY, and deem it filed as of the date of the signed order

granting same.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on November 3, 2022, I electronically filed the foregoing with

the Clerk of the Courts by using the Florida Courts e-Filing Portal, pursuant to Rule 2.516(b)(1),

which will send an electronic notification this same day via Email to: Sebastian Gonzalez;

sabby1225@gmail.com.

/s/ *Louis A. DeFreitas, Jr.*
Louis A. DeFreitas, Jr., Esquire
FBN 0080292
Morgan & Morgan, P.A.
198 Broadway Ave.
Kissimmee, FL 34741
Telephone:    (407) 452-6990
Facsimile:    (407) 452-6989
Primary Email: LDeFreitas@forthepeople.com
Secondary email: KMargolis@forthepeople.com;
RPaulino@forthepeople.com
Attorneys for Plaintiffs

2

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL
CIRCUIT IN AND FOR OSCEOLA COUNTY
FLORIDA

CASE NO:  2022 CA 001668 AN

BRITTNEY M. ALMANZAR,

       Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

       Defendant.

_____ /

## AMENDED COMPLAINT

    Plaintiff, BRITTNEY M. ALMANZAR, sues Defendants, STATE FARM AUTOMBILE

INSURANCE COMPANY, and alleges:

    1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND

DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of

Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court).

Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of

the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only*

(the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the

civil cover sheet for data collection and clerical purposes only).  The actual value of Plaintiff's

claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla.

Const.

1

2.      At all times material to this action, Plaintiff was a natural person residing in Orange County, Florida.

3.      At all times material to this action, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, was a corporation authorized to do business and doing business in Osceola County, Florida.

4.      On or about March 15, 2021, Plaintiff was a passenger in a motor vehicle North on Pleasant Hill Road in Osceola County, Florida.

5.      At that time and place, Sebastian Andres Gonzalez, was the underinsured owner and operator of a motor vehicle traveling North on Pleasant Hill Road in Osceola County, Florida.

6.      At that time and place, Sebastian Andres Gonzalez, negligently operated and/or maintained the motor vehicle so that it collided with the vehicle being operated by Plaintiff.

## COUNT I
### CLAIM OF  BRITTNEY M. ALMANZAR AGAINST STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Plaintiff, BRITTNEY M. ALMANZAR, realleges and incorporates by reference paragraphs 1-6 and further states:

7.      Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, issued and delivered to Plaintiff a policy of insurance numbered J15 0573-A06-5 which was in full force and effect on the date of the accident.

8.      Under the terms of the insurance policy, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, provided stackable uninsured/underinsured motorist coverage for Plaintiff in the amount of $10,000.00.

2

9.    Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

10.    At all times material to this action, Sebastian Andres Gonzalez was an underinsured motorist in that he carried liability insurance coverage with limits less than Plaintiff's total damages as a result of the accident.

11.    Plaintiff has furnished Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, has denied that coverage exists and/or refused to pay Plaintiff for the full value of the claim.

12.    As a direct and proximate result of Sebastian Andres Gonzalez's negligence, Plaintiff suffered bodily  injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

**WHEREFORE**, Plaintiff, BRITTNEY M. ALMANZAR, demands judgment for damages against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE

COMPANY, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

      **RESPECTFULLY** submitted this ___ day of November, 2022.

/s/ *Louis A. DeFreitas, Jr.*

Louis A. DeFreitas, Jr., Esquire
FBN 0080292
Morgan & Morgan, P.A.
198 Broadway Ave.
Kissimmee, FL 34741
Telephone:    (407) 452-6990
Facsimile:    (407) 452-6989
Primary Email: LDeFreitas@forthepeople.com
Secondary email: KMargolis@forthepeople.com;
RPaulino@forthepeople.com
Attorneys for Plaintiffs

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN
AND FOR OSCEOLA COUNTY FLORIDA

CASE NO:  2022 CA 001668 AN

BRITTNEY M. ALMANZAR,

        Plaintiff,

vs.

SEBASTIAN A. GONZALEZ AND
STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

        Defendant.

_____ /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT SEBASTIAN A. GONZALEZ ONLY

COMES NOW the Plaintiff, **BRITTNEY MARIE ALMANZAR**, by and through the undersigned

attorneys, pursuant to Florida Rules of Civil Procedure 1.420, and hereby files this notice of voluntary

dismissal of the above-styled cause with prejudice as to Defendant, **SEBASTIAN A. GONZALEZ,** with

each side to bear its own attorney's fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 28, 2023,** I electronically filed the foregoing with the

Clerk of the Courts by using the Florida Courts e-Filing Portal, pursuant to Rule 2.516(b)(1), which will

send a notification this same day via email to: Zea R. McDonnough, Esq., and Matthew T. Smith, Esq.,

Tower Place, Suite 400 1900 Summit Tower Boulevard Orlando, Florida 32810,

zea.mcdonnough@csklegal.com; matthew.smith@csklegal.com; gabrielle.porcaro@csklegal.com.

                                  */s/ James J. Dye*
                                  James J. Dye, Esquire
                                  FBN 0085006
                                  Morgan & Morgan, P.A.
                                  198 Broadway Ave.
                                  Kissimmee, FL 34741
                                  Telephone:    (407) 452-6990
                                  Facsimile:    (407) 452-6989
                                  Primary email: JDye@forthepeople.com
                                  Secondary email: KMargolis@forthepeople.com
                                  Secondary email: RPaulino@forthepeople.com
                                  Attorneys for Plaintiff

# EXHIBIT 2



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Foreign Profit Corporation

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**Filing Information**

| | |
|---|---|
| **Document Number** | 804249 |
| **FEI/EIN Number** | 37-0533100 |
| **Date Filed** | 03/29/1922 |
| **State** | IL |
| **Status** | ACTIVE |

**Principal Address**

ONE STATE FARM PLAZA
BLOOMINGTON, IL 617100001

Changed: 04/18/2017

**Mailing Address**

ONE STATE FARM PLAZA
BLOOMINGTON, IL 617100001

Changed: 04/18/2017

**Registered Agent Name & Address**

CHIEF FINANCIAL OFFICER
200 E. GAINES STREET
TALLAHASSEE, FL 32399

Name Changed: 05/01/2003

Address Changed: 05/01/2003

**Officer/Director Detail**

**Name & Address**

Title VP, Secretary, Counsel

YOWELL, LYNNE M
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710-0001

Title President, CEO, Chairman of the Board

**EXHIBIT 3**

TIPSORD, MICHAEL L
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710-0001

Title VP, Controller

SCHWAMBERGER, MARK E
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710-0001

Title Asst. Secretary - Treasurer

Moreland, Shannon
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710-0001

Title Senior VP, Treasurer, CFO

Farney, Jon Charles
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710-0001

### Annual Reports

| Report Year | Filed Date |
|-------------|------------|
| 2020 | 03/03/2020 |
| 2021 | 04/13/2021 |
| 2022 | 04/20/2022 |

### Document Images

| | |
|---|---|
| 04/20/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/03/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/15/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 06/17/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2004 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| [05/01/2003 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/21/2002 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/12/2001 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/02/2000 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/29/1999 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/18/1998 -- ANNUAL REPORT](#) | View image in PDF format |
| [05/01/1997 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/17/1996 -- ANNUAL REPORT](#) | View image in PDF format |
| [04/11/1995 -- ANNUAL REPORT](#) | View image in PDF format |

Florida Department of State, Division of Corporations

**FLORIDA TRAFFIC CRASH REPORT**
LONG FORM [X] SHORT FORM [ ] UPDATE [ ]

SAFE
TRAFFIC CRASH RECORDS
NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

(Electronic Version)

| Date of Crash | Time of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|---|
| 15/Mar/2021 12:30 PM | 15/Mar/2021 12:30 PM | 15/Mar/2021 01:32 PM | FHPD21OFF019156 | 88473914 |

## CRASH IDENTIFIERS

| County Code 26 | City Code 40 | County of Crash OSCEOLA | Place or City of Crash KISSIMMEE | Within City Limits No | Time Reported 15/Mar/2021 12:38 PM | Time Dispatched 15/Mar/2021 12:40 PM |
|---|---|---|---|---|---|---|

| Time on Scene 15/Mar/2021 01:29 PM | Time Cleared Scene 15/Mar/2021 01:49 PM | Completed Yes | Reason (if Investigation NOT Completed) | | Notified By Law Enforcement |
|---|---|---|---|---|---|

## ROADWAY INFORMATION

| Crash Occured On Street, Road, Highway CR-531 (PLEASANT HILL RD) | At Street Address# | At Lattitude 28.162120431938199 | and Longitude -81.439969941120395 |
|---|---|---|---|

| At Feet 250 | Or Miles | Direction South | From Intersection With Street, Road, Highway MERRY D LN | Or From Milepost # |
|---|---|---|---|---|

| Road System Identifier 4 County | Type Of Shoulder 1 Paved | Type Of Intersection 1 Not at Intersection |
|---|---|---|

## CRASH INFORMATION (Check if Pictures Taken)

| light Condition 1 Daylight | Weather Condition 1 Clear | Roadway Surface Condition 1 Dry | School Bus Related 1 No | Manner Of Collision 1 Front to Rear |
|---|---|---|---|---|

| First Harmful Event Type | First Harmful Event 14 | First Harmful Event Location 1 On Roadway | Within Interchange No | First Harmful Event Relation to Junction 1 Non.Junction |
|---|---|---|---|---|

| Contributing Circumstances: Road 1 None | Contributing Circumstances: Road | Contributing Circumstances: Road |
|---|---|---|

| Contributing Circumstances: Environment 1 None | Contributing Circumstances: Environment | Contributing Circumstances: Environment |
|---|---|---|

| Work Zone Related 1 No | Crash In Work Zone | Type Of Work Zone | Workers In Work Zone | Law Enforcement In Work Zone |
|---|---|---|---|---|

## VEHICLE (Check if Commercial)

| Vehicle 1 | Motor Vehicle Type 1 Vehicle in Transport | Hit and Run 1 No | Veh License Number Y910BQ | State FL | Reg. Expires 25/Dec/2021 | Permanent Reg. No | VIN 3GNDA33P77S618337 |
|---|---|---|---|---|---|---|---|

| Year 2007 | Make CHEV | Model HHR | Style UT | Color ONG | Extent of Damage Disabling | Est. Damage 3500 | Towed Due To Damage Yes | Vehicle Removed By DRIVER | Rotation Driver |
|---|---|---|---|---|---|---|---|---|---|

| Insurance Company STATE FARM | Insurance Policy Number J491165594 |
|---|---|

| Name of Vehicle Owner (Check Box If Business) SEBASTIAN ANDRES GONZALEZ | Current Address (Number and Street) 2832 GRASMERE VIEW PKWY | City and State KISSIMMEE FL | Zip Code 34746-2146 |
|---|---|---|---|

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|

| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|

| Vehicle Traveling: | Direction North | On Street, Road, Highway CR531 (PLEASANT HILL RD) | At Est. Speed 30 | Posted Speed 55 | Total Lanes 4 |
|---|---|---|---|---|---|

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|

| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer |
|---|---|---|---|---|

| Haz. Mat. Release | Haz Mat. Placard | Number | Class | |
|---|---|---|---|---|

| Motor Carrier Name | | US DOT Number |
|---|---|---|

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|

| Comm/Non-Commercial | Vehicle Body Type 1 Passenger Car | Vehicle Defects (one) 1 None | Vehicle Defects (two) | Emergency Vehicle Use 1 No | Special Function of MV 1 No Special Function |
|---|---|---|---|---|---|

| Vehicle Maneuver Action 1 Straight Ahead | Trafficway 4 Two-Way, Divided, Positive Median Barrier | Roadway Grade 1 Level | Roadway Alignment 1 Straight | Most Harmful Event 2 Collision with Non-Fixed Object | Most Harmful Event Detail 14 Motor Vehicle in Transport |
|---|---|---|---|---|---|

| Traffic Control Device For This Vehicle 1 No Controls | First (1) Sequence of Events 2 Collision with Non-Fixed Object 14 Motor Vehicle in Transport | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|

## VEHICLE (Check if Commercial)

| Vehicle 2 | Motor Vehicle Type 1 Vehicle in Transport | Hit and Run 1 No | Veh License Number IX14DF | State FL | Reg. Expires 26/Jan/2022 | Permanent Reg. No | VIN 1G6DJ577X90152656 |
|---|---|---|---|---|---|---|---|

| Year 2 | Make )I | Model CTS | Style 4D | Color RED | Extent of Damage Disabling | Est. Damage 3200 | Towed Due To Damage Yes | Vehicle Removed By DRIVER | Rotation Driver |
|---|---|---|---|---|---|---|---|---|---|

| Ins | )any DIRECT GENERAL INSURANCE | Insurance Policy Number 2011411501 |
|---|---|---|

Certified#: 9214890275091002158410  DFID4358024  Matter-11523533

HSMV 90010 S      **EXHIBIT 4**      Page 1 of 4

Date of Crash 15/Mar/2023 | Date of Report 14/Apr/2023 4:30 PM | Invest. Agency Report Number | HSMV Crash Report Number

Case 6:23-cv-00347-PGB-DCI Document 1 Filed 02/27/23 Page 27 of 38 PageID 27

04/18/2023
435 of 79
7 of 79

| Name of Vehicle Owner (Check Box If Business) THARYANA YOHELYS GUZMAN | | Current Address (Number and Street) 2140 FAIRMONT CIR | | City and State ORLANDO FL | | | Zip Code 32837-6788 |
|---|---|---|---|---|---|---|---|
| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |

| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |

| Vehicle Traveling: | Direction North | On Street, Road, Highway CR531 (PLEASANT HILL RD) | At Est. Speed | Posted Speed 55 | Total Lanes 4 |
|---|---|---|---|---|---|

| CMV Configuration | | Cargo Body Type | | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|---|---|
| Comm GVWR/GCWR | | Trailer Type (trailer one) | Trailer Type (trailer two) | 2 3 4 5 6 7 / 1 15 16 17 (8) 14 13 12 11 10 9 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer | 2 3 4 5 6 7 / 1 15 16 17 (8) 14 13 12 11 10 9 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer |
| Haz. Mat. Release | Haz. Mat. Placard | Number | Class | | |
| Motor Carrier Name | | | US DOT Number | | |
| Motor Carrier Address | | | City and State | Zip Code | Phone Number |

| Comm/Non-Commercial | Vehicle Body Type 1 Passenger Car | Vehicle Defects (one) 1 None | Vehicle Defects (two) | Emergency Vehicle Use 1 No | Special Function of MV 1 No Special Function |
|---|---|---|---|---|---|
| Vehicle Maneuver Action 13 Stopped in Traffic | Trafficway 4 Two-Way, Divided, Positive Median Barrier | Roadway Grade 1 Level | Roadway Alignment 1 Straight | Most Harmful Event 2 Collision with Non-Fixed Object | Most Harmful Event Detail 14 Motor Vehicle in Transport |
| Traffic Control Device For This Vehicle 1 No Controls | First (1) Sequence of Events 2 Collision with Non-Fixed Object 14 Motor Vehicle in Transport | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events | |

**PERSON RECORD**

| Person# 1 | Description 1 Driver | Vehicle # 1 | Name SEBASTIAN ANDRES GONZALEZ | Date of Birth 25/Dec/2002 | Sex 1 Male | Phone Number 407-301-6249 | Re-Exam No |
|---|---|---|---|---|---|---|---|
| Address 2832 GRASMERE VIEW PKWY | | City KISSIMMEE | | State FL | | Zip Code 34746 | |
| Driver License Number G524781024650 | State FL | Expires 25/Dec/2026 | DL Type 5 E/Operator | Req. End. 3 No Req Endorsement | Injury Severity 1 None | Ejection 1 Not Ejected | |
| Restraint System 3 Shoulder and Lap Belt Used | Air Bag Deployed 2 Not Deployed | Helmet Use | Eye Protection 3 Not Applicable | Seating Location Seat 1 Left | Seating Location Row 1 Front | Seating Location Other | |
| Drivers Actions at Time of Crash (first) 2 Operated MV in Careless or Negligent Manner | | Drivers Actions at Time of Crash (second) | | Driver Distracted By 1 Not Distracted | | Vision Obstruction 1 Vision Not Obscured | |
| Drivers Actions at Time of Crash (third) | | Drivers Actions at Time of Crash (fourth) | | Drivers Condition at Time of Crash 1 Apparently Normal | | | |
| Suspected Alcohol Use 1 No | Alcohol Tested 1 Test Not Given | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use 1 No | Drug Tested 1 Test Not Given | Drug Test Type | Drug Test Result |
| Source of Transport to Medical Facility 1 Not Transported | | EMS Agency Name or ID | | EMS Run Number | | Medical Facility Transported To | |

**PERSON RECORD**

| Person# 2 | Description 1 Driver | Vehicle # 2 | Name THARYANA YOHELYS GUZMAN | Date of Birth 26/Jan/1996 | Sex 2 Female | Phone Number | Re-Exam No |
|---|---|---|---|---|---|---|---|
| Address 2140 FAIRMONT CIR | | City ORLANDO | | State FL | | Zip Code 32837 | |
| Driver License Number G255819965261 | State FL | Expires 26/Jan/2022 | DL Type 5 E/Operator | Req. End. 3 No Req Endorsement | Injury Severity 1 None | Ejection 1 Not Ejected | |
| Restraint System 3 Shoulder and Lap Belt Used | Air Bag Deployed 2 Not Deployed | Helmet Use | Eye Protection 3 Not Applicable | Seating Location Seat 1 Left | Seating Location Row 1 Front | Seating Location Other | |
| Drivers Actions at Time of Crash (first) 1 No Contributing Action | | Drivers Actions at Time of Crash (second) | | Driver Distracted By 1 Not Distracted | | Vision Obstruction 1 Vision Not Obscured | |
| Drivers Actions at Time of Crash (third) | | Drivers Actions at Time of Crash (fourth) | | Drivers Condition at Time of Crash 1 Apparently Normal | | | |
| Suspected Alcohol Use 1 No | Alcohol Tested 1 Test Not Given | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use 1 No | Drug Tested 1 Test Not Given | Drug Test Type | Drug Test Result |
| Source of Transport to Medical Facility 1 Not Transported | | EMS Agency Name or ID | | EMS Run Number | | Medical Facility Transported To | |

**PERSON RECORD**

| Person# ^ | Description 3 Passenger | Vehicle # 2 | Name BRITTNEY ALMANAZAR | Date of Birth 14/May/1998 | Sex 2 Female | Injury Severity 1 None | Ejection 1 Not Ejected |
|---|---|---|---|---|---|---|---|
| Address 2140 FAIRMONT CIR | | City ORLANDO | | | State FL | Zip Code 32837-6788 | |

Certified#: 9214890275091002158410  DFID4358024  Matter-11523533

| Date of Crash 15/Ma... | Date of Report | | Invest. Agency Report Number | HSMV Crash Report Number | |
|---|---|---|---|---|---|

| Restraint System 3 Shoulder and Lap Belt Used | Air Bag Deployed 2 Not Deployed | Helmet Use | Eye Protection 3 Not Applicable | Seating Location Seat 3 | Seating Location Row 2 | Seating Location Other |
|---|---|---|---|---|---|---|
| Source of Transport to Medical Facility 1 Not Transported | | EMS Agency Name or ID | | EMS Run Number | Medical Facility Transported To | |

## PERSON RECORD

| Person# Description 4    3 Passenger | Vehicle # 2 | Name PHILLIP  VASQUEZ | | | Date of Birth 07/Jan/1991 | Sex 1 Male | Injury Severity 1 None | Ejection 1 Not Ejected |
|---|---|---|---|---|---|---|---|---|
| Address    2140 FAIRMONT CIR | | | City    ORLANDO | | | | State FL | Zip Code 32837-6788 |

| Restraint System 3 Shoulder and Lap Belt Used | Air Bag Deployed 2 Not Deployed | Helmet Use | Eye Protection 3 Not Applicable | Seating Location Seat 3 | Seating Location Row 1 | Seating Location Other |
|---|---|---|---|---|---|---|
| Source of Transport to Medical Facility 1 Not Transported | | EMS Agency Name or ID | | EMS Run Number | Medical Facility Transported To | |

## VIOLATIONS

| Person# 1 | Name SEBASTIAN ANDRES GONZALEZ | Florida Statute Number 316.1925 | Charge CARELESS DRIVING | Citation ACWBVRE |
|---|---|---|---|---|
| Person# 2 | Name THARYANA YOHELYS GUZMAN | Florida Statute Number 322.34(1) | Charge UNKNOWINGLY OPERATING VEHICLE WHILE DL SUSPENDED/ CANCELED/R | Citation ACWBVSE |

## NARRATIVE

ID Number    Rank    Name    Troop / Post    Officer Agency    Phone Number    Date Created
3942    TPR    CONTRERAS, BRYANT    D    FLORIDA HIGHWAY PATROL    407-737-2300    Mar 15, 2021

Vehicle One (V01) was traveling north in the outside travel lane on CR-531 (Pleasant Hill Rd) south of Merry D Ln.
Vehicle Two (V02) was stopped in traffic facing north in the outside travel lane on CR-531 (Pleasant Hill Rd) south of Merry D Ln. V02 was in front of V01.

The driver of V01 (D01) failed to stop in time causing the front right of V01 to collide with the rear of V02.

Upon my arrival, both vehicles had been moved from the area of collision.

D01 was cited for Careless Driving FSS 316.1925.

## REPORTING OFFICER

| ID/Badge # 3942 | Rank and Name    TPR CONTRERAS, BRYANT | Department FLORIDA HIGHWAY PATROL | Type of Department FHP |
|---|---|---|---|



Certified#: 9214890275091002158410    DFID4358024    Matter-11523533

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 15/Mar | | | |

Case 8:23-cv-00347-PGB-DCI Document 1 Filed 02/27/23 Page 29 of 38 PageID 29









## Orange County Clerk - Court Records Search

### 2021-TR-020074-A-W : STATE OF FLORIDA vs. ALMANZAR, BRITTNEY MARIE

| | | | |
|---|---|---|---|
| Case Type: | Civil Traffic Infraction | Date Filed: | 8/7/2021 |
| Location: | Ocoee - TR | UCN: | 482021TR020074000AWX |
| Judge: | 95 Hearing Officer | Status: | Closed |
| Citation Number: | Civil Traffic Infraction | Appear By Date: | Wednesday, September 8, 2021 |

### Parties

| Name | DOB | Type | Attorney | Atty Phone |
|---|---|---|---|---|
| BRITTNEY MARIE ALMANZAR | 5/14/1998 | Defendant | | |
| STATE OF FLORIDA | | Plaintiff | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest Disposition | Sentence |
|---|---|---|---|---|
| 8/6/2021 | 1. TR- CERT OF REGISTRATION POSSESS REQ Statute: 320.0605 No Degree - Infraction | 9/1/2021 No Plea Entered | 9/1/2021 Dismissed | |

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 9/1/2021 | Disposition | |
| 9/1/2021 | Defendant Did Produce a Valid Registration | |
| | Comments: Issued 3/11/21 Exp 2/11/22 | |
| 9/1/2021 | Paid Dismissal Fee/Must Still Provide Valid Item | |
| 8/7/2021 | Payable Infraction Filed | 1 |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 8/7/2021 | Transaction Assessment | | 114.00 |
| 9/1/2021 | Transaction Assessment | | -114.00 |
| 9/1/2021 | Transaction Assessment | | 10.00 |
| 9/1/2021 | Payment | ALMANZAR, BRITTNEY MARIE | -10.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

### Warrants

**State Farm Mutual Automobile Insurance Company**
7401 Cypress Gardens Blvd
Winter Haven, FL 33888-0007

**DECLARATIONS PAGE**

NAMED INSURED
AT2                     59-7167-2  P        A
        002935 0058
HILARIO-ALMANZAR, ROSANNA
8329 BOYLA CT
WINDERMERE FL  34786-5320

| POLICY NUMBER    687 3464-D10-59G |
| POLICY PERIOD APR 26 2019 to OCT 10 2019 12:01 A.M. Standard Time |

STATE FARM PAYMENT PLAN NUMBER
 1124619019

AGENT
BROSCHART INSURANCE AGENCY INC
4638 S KIRKMAN RD
ORLANDO, FL 32811-2833

PHONE: (407)298-2700

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSE D.**

### YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|------|------|-------|-----------|-------------------|-------|
| 2019 | BMW | X5 | SPORT WG | 5UXCR6C57KLL13916 | 603H50C0002 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---------|-------------------|----------|
| A | Liability Coverage | $214.78 |
|   | Bodily Injury Limits | |
|   | Each Person,   Each Accident | |
|   | $100,000        $300,000 | |
|   | Property Damage Limit | |
|   | Each Accident | |
|   | $50,000 | |
| P10 | No-Fault Coverage | $57.44 |
| D | Comprehensive Coverage - $500 Deductible | $66.54 |
| G | Collision Coverage - $500 Deductible | $195.28 |

| **Total premium for APR 26 2019 to OCT 10 2019.** | **$534.04** | This is not a bill. |

### IMPORTANT MESSAGES

IMPORTANT NOTICE- Under No-Fault Coverage, the only medical expenses we will pay are reasonable medical expenses that are payable under the Florida Motor Vehicle No-Fault Law. The most we will pay for such reasonable medical expenses is 80% of the "schedule of maximum charges" found in the Florida Motor Vehicle No-Fault Law and in the Limits section of the Florida Car Policy's No-Fault Coverage.

Replaced policy number 6873464-59F.

**Your total renewal premium for APR 10 2019 to OCT 10 2019 is $586.22.**

For questions, problems or to obtain information about coverage call: (407)298-2700.

State Farm works hard to offer you the best combination of price, service, and protection.    The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during your policy term, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

### EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)

YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9810A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
6097DV LEASED MOTOR VEHICLES (LESSOR AS ADDITIONAL INSURED AND LOSS
PAYEE)-BMW FINANCIAL SERVICES INSURANCE SERVICE CENTER LEASE, PO BOX 8002,
HILLIARD OH 43026-8002.
6128S.1  AMENDATORY ENDORSEMENT.

# EXHIBIT 5

See Reverse Side

Agent:      BROSCHART INSURANCE AGENCY INC
Telephone:  (407)298-2700
Prepared    MAY 07 2019      7167-ACC

ST-78
0101-0606

04627/02781
155-3866.2 04-2005 (o1a025hd)
I4SX0N  (o1a025te)      (o1a0254c)

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

Secretary

President

B10

**State Farm Mutual Automobile Insurance Company**
PO Box 89000
Atlanta GA 30356-9900

**DECLARATIONS PAGE**

NAMED INSURED
AT3                          59-7167-2  P      A
  002313  0058
HILARIO-ALMANZAR, ROSANNA
8329 BOYLA CT
WINDERMERE FL  34786-5320

| | |
|---|---|
| POLICY NUMBER   J15 0573-A06-59 | |
| POLICY PERIOD JUL 06 2020 to JAN 06 2021 12:01 A.M. Standard Time | |

STATE FARM PAYMENT PLAN NUMBER
  1124619019

AGENT

BROSCHART INSURANCE AGENCY INC
4638 S KIRKMAN RD
ORLANDO, FL 32811-2833

PHONE: (407)298-2700

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSE D.**

**YOUR CAR**

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|------|------|-------|------------|--------------------|-------|
| 2020 | BMW  | X3    | SPORT WG   | 5UXTY5C03L9D18615  | 603H60C0002 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---------|-------------------|----------|
| A | Liability Coverage | $278.41 |
|   | Bodily Injury Limits | |
|   | Each Person,   Each Accident | |
|   | $100,000        $300,000 | |
|   | Property Damage Limit | |
|   | Each Accident | |
|   | $50,000 | |
| P10 | No-Fault Coverage | $70.31 |
| D | Comprehensive Coverage - $500 Deductible | $60.99 |
| G | Collision Coverage - $500 Deductible | $227.67 |
| U | Uninsured Motor Vehicle Coverage (Stacking) | $200.60 |
|   | Bodily Injury Limits | |
|   | Each Person, Each Accident | |
|   | $100,000        $300,000 | |

| | | |
|---|---|---|
| **Total premium for JUL 06 2020 to JAN 06 2021.** | **$837.98** | This is not a bill. |

**IMPORTANT MESSAGES**

IMPORTANT NOTICE- Under No-Fault Coverage, the only medical expenses we will pay are reasonable medical expenses that are payable under the Florida Motor Vehicle No-Fault Law. The most we will pay for such reasonable medical expenses is 80% of the "schedule of maximum charges" found in the Florida Motor Vehicle No-Fault Law and in the Limits section of the Florida Car Policy's No-Fault Coverage.

New Policy Form

For questions problems or to obtain information about coverage call: (407)298-2700.

State Farm works hard to offer you the best combination of price, service, and protection.   The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

Your premium was determined by information from consumer reports:   Number of department store accounts; Number of retail accounts; Percent of accounts paid as agreed in the last 24 months to total accounts; Percent of high credit on bank revolving accounts to high credit on   all accounts reported in the last 12 months.

Consumer report reference numbers: 20188161521782, B0OX97N, 10850505U606925

Credit information was obtained on:  ROSANNA HILARIO-ALMANZAR

You have the right to request, no more than once during your policy term, that your policy be re-rated using a current credit-based insurance score. Re-rating could result in a lower rate, no change in rate, or a higher rate.

Please refer to the enclosed insert for additional information.

**EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)**

YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE. THE POLICY BOOKLET -
FORM 9810A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
6128S.1    AMENDATORY ENDORSEMENT.

Agent:    BROSCHART INSURANCE AGENCY INC

Telephone:  (407)298-2700

Prepared    SEP 08 2020       7167-ACC

03490/02190
155-3866.2 04-2005 (o1a025hd)
I4SX0N  (o1a025te)
See Reverse Side
(o1a025tc)



May 24, 2022

**statefarmclaims@statefarm.com**

11523533
Ms. Hong Pham
State Farm Insurance

RE:     Our Client:          Brittney Marie Almanzar
        Your Insured:        Rosanna Hilario-Almanvar
        Claim No:            5918T084P
        Date of Accident:    March 15, 2021

Dear Ms. Pham:

We have relayed your settlement offer in the amount of $2,500.00 to our client, Brittney Marie Almanzar, and this will serve as their rejection of same.

We have been authorized at this time, to counter demand $75,000.00 in settlement of Ms. Almanzar's claim. We are not in possession of records for the 2019 auto accident but our client is working on obtaining the information so you can order the records and films. We will also forward your medical authorization once received from our client.

Please contact my Case Manager, Tere Lopez-Padilla, at 407-452-6973 or tlopez@forthpeople.com in order to discuss settlement at your earliest convenience.

Thank you for your assistance in this matter.

Sincerely,


**Louis A. DeFreitas, Jr.**

LD/txp/txp


**EXHIBIT 6**

Error! Not a valid filename.

04/18/2023
435...
2 of...

# MORGAN & MORGAN

April 11, 2022

**PLEASE BE ADVISED THAT THIS LETTER CONTAINS A TIME SENSITIVE SETTLEMENT OFFER. ALL SECTIONS OF THIS PACKAGE ARE SUBMITTED FOR THE PURPOSE OF SETTLEMENT ONLY. PLEASE GIVE THIS LETTER YOUR IMMEDIATE ATTENTION.**

## CERTIFIED MAIL-RETURN RECEIPT

**statefarmclaims@statefarm.com**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* 1 1 5 2 3 5 3 3 *

State Farm Insurance Company
Attn: Hong Pham/UM Claims

RE:      Our Client:     Brittney Marie Almanzar
         Your Insured:   Rosanna Hilario-Almanvar
         Date of Loss:   3/15/2021
         Claim #:        5918T084P

Dear Ms. Pham:

Please be advised that this law firm has been retained to represent Brittney Marie Almanzar as a result of injuries she sustained in the above-referenced crash. We understand the vehicle driven by the tortfeasor was uninsured/underinsured for the purpose of bodily injury liability coverage on March 15, 2021.

A copy of the declaration sheet submitted by the tortfeasor's auto insurance carrier is included for your review.

Accordingly, we are presenting this claim under the uninsured/underinsured motorist coverage made available to our client, Brittney Marie Almanzar. This will serve as our formal notice of our intent to pursue an underinsured motorist claim under our client's policy. Our demand is for the full policy limits of $100,000

Certified#: 92148902750910021...

**DATE OF CRASH:** 3/15/2021

**AGE, SEX & MARITAL STATUS:**     24 year old/Female/Single

---

198 Broadway, Kissimmee, FL 34741  |  (407) 452-6990  |  ForThePeople.com

**LIABILITY:  CLEAR**. The at-fault driver, Sebastian Andres Gonzalez, was cited with **careless driving** for this crash. Enclosed is a copy of the crash report and property damage photographs. It is our position that liability is clear and that the only issue to address in this case is the value of the bodily injury claim.

**MEDICAL TREATMENT**:    Enclosed please find the following documentation and a summary directly below:

1. MEDICAL RECORDS

   A. Chiropractor Records – Spine & Healthcare Clinic – 3/18/2021 – 5/11/2021
      a. **Complaints:** Headache, neck pain, numbness and tingling on bilateral shoulders and arms, mid back pain, lower back pain, sacral pain, and anxiety.
      b. **Treatment**: Chiropractic manipulation, EMS, Ultrasound, manual therapy, etc.
      c. **Diagnosis:** Cervicalgia, cervical /brachial radiculitis, pain in thoracic region, lumbago, cephalgia, cervical sprain and strain, thoracic sprain and strain, lumbar sprain and strain, and lumbosacral sprain and strain.
      d. **Recommendation**: Physical therapy and refraining from strenuous physical activities.

   B. Chiropractor Records – Graham Chiropractic – 6/15/2021 – 2/28/22
      a. **Complaints:** Head pain, neck pain, mid back pain, lower back pain, and twitching in her bilateral lower extremities.
      b. **Treatment**: Chiropractic manipulation, hydrotherapy, heat, IF current, therapeutic activities, etc.
      c. **Diagnosis:** cervical spine strain/sprain, cervical disk displacement at C5/6, lumbar spine strain/sprain, lumbar disk displacement at L4/5, Thoracic spine sprain/strain, and myositis. Dr. Glenn S. Graham opined that as direct result of this crash  my client sustained a permanent injury to her whole person.
      d. **Recommendation**: Ms. Almanzar will require conservative care with an estimated cost of $1,000 to $2,000 annually.

   C. Diagnostic Studies – Stand Up MRI of Orlando – 10/23/2021
      a. Cervical MRI Impression:
         i. At C5-6, there is a bulging annulus which abuts the ventral thecal sac. There is no central canal stenosis or neuroforaminal narrowing present.
         ii. Straightening of the normal cervical lordosis is present.
      b. Lumbar MRI Impression:
         i. At L4-5, there is a bulging annulus which abuts the ventral thecal sac. There is no central canal stenosis or neuroforaminal narrowing present.

2. PIP LOG (see attached) Benefits exhausted.

Certified#: 921489027509100215

3. TOTAL MEDICAL BILLS    $17,938.28    ***See itemization of damages attached***

**CAUSATION/DAMAGES**:

As a direct and proximate result of Sebastian Andres Gonzalez's negligence, Brittney Marie Almanzar was injured in about her body, experienced pain and suffering, incurred medical

expenses for the treatment of bodily injuries, suffered physical disability, mental anguish, loss of capacity for the enjoyment of life, loss of earnings, and loss of ability to earn money.

Ms. Almanzar's injuries are permanent; within a reasonable degree of medical probability, and she will continue to suffer these losses in the future. Her life has significantly been altered as a result of this crash. She will ultimately seek medical treatment for these injuries for the rest of her life.

## LIFE EXPECTANCY:

At the time of the accident, 23 year old female, according to the <u>Vital Statistics of the United States, 2002 Life Tables, Volume 53, Section 6,</u> (she has a life expectancy of another 61.8 years.

## NON-ECONOMIC DAMAGES:

Brittney Marie Almanzar's life was abruptly interrupted by the negligence of your insured when she had to seek medical treatment to mitigate her injuries she sustained in this crash. Ms. Almanzar has consistently suffered and experienced pain caused by the injuries she sustained in the crash. Ms. Almanzar sustained permanent injuries as a direct result of this crash. Therefore, she is pursuing both economic and non-economic damages.

In the event this claim does not resolve in accordance with the terms and conditions of this demand, Plaintiff will present a customary per diem argument to the jury for non-economic damages.

A fair and reasonable amount to compensate Brittney Marie Almanzar for her pain, suffering, mental anguish, and inconvenience since 3/15/2021 is $10 per hour for *every waking hour* she has spent suffering with pain caused by the injuries she sustained in this crash. (Generally 16 waking hours per day).

**a. Past Pain & Suffering:**
388 Days since the crash x $10/hour x 16 hours per day = $62,000

Brittney Marie Almanzar continues to suffer and will continue to suffer from the injuries she sustained in this crash for the rest of her life. Our client will live for 61.8 years in to the future. A fair and reasonable amount to compensate Brittney Marie Almanzar for her future pain and suffering is $10 per waking hours for the remainder of her life.

Certified#: 921489027509100215

**b. Future Pain & Suffering:**
61.8 Life Expectancy x 365 days/year x 16 hours/day x $10/hr = $3,609.120

## MEDICAL AUTHORIZATIONS:



In addition to the medical records enclosed in this letter, please find executed Medical Authorizations in order for you to independently obtain medical records from Ms. Almanzar's providers.

**OFFER TO SETTLE:**    $100,000
**POLICY LIMITS**

Your company's statutory disclosure states that our client carried $100,000 in uninsured/underinsured motorist coverage benefits.

This claim can be settled for the $100,000 uninsured/underinsured motorist limits.    **This offer of settlement will remain open until 30 days from date of service of this demand.** By tendering the available policy limits at this time, we can spare all parties additional legal fees, costs, and delay.

**The Settlement Offer is conditioned upon the following terms:**

> ➤ **Settlement draft made payable to the Morgan & Morgan, P.A. Trust Account f/b/o Brittney Marie Almanzar, Tax ID 59-2920684, sent to my direct attention and received in our office, located at 198 Broadway, Kissimmee, FL 34741, and in my possession, no later than 30 days from date of service of this demand.**

> ➤ An agreement between our office and your company regarding the language of a standard release, if necessary

**If these conditions are not timely met, we will withdraw our offer to settle.**

Please review the enclosed material and contact our Case Manager, Tere Lopez-Padilla at (407) 452-6973 or tlopez@forthepeople.com to discuss this settlement offer. Do not hesitate to contact us should you have any questions or require any other information to fairly evaluate this claim. We look forward to hearing from you soon in this regard.

Sincerely,

_for_

Louis A. DeFreitas, Jr.

Certified#: 9214890275091002158

LAD/txp
Enclosures

