UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO 6:23-CV347-PGB-DCI

BRITTANY MARIE ALMANZAR

-vs-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
_____/

## NOTICE OF SETTLEMENT

Plaintiff, BRITTANY MARIE ALMANZAR, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Peter D. Weinstein 600 North Pine Island Road Plantation, FL 33324 via facsimile and U.S. Mail on this 16th day of February 2024.

/S/ *James J Dye, Esq.*
James J. Dye, Esq.
FBN: **0085006**
MORGAN & MORGAN P.A.
198 Broadway Avenue
Kissimmee, FL 34741
Telephone: (407) 452-6990
Primary email: JDye@forthepeople.com
Secondary email: acallan@forthepeople.com
Tertiary email: adasilva@forthepeople.com
Attorneys for Plaintiff