UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO 6:23-CV347-PGB-DCI

BRITTANY MARIE ALMANZAR

-vs-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
_____/

## AMENDED NOTICE OF SETTLEMENT

Plaintiff, BRITTANY MARIE ALMANZAR, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case immediately prior to start of mediation, and are presently drafting and finalizing necessary settlement documents to wit release, etc. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on February 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Peter D. Weinstein – Cole, Scott & Kissane – 600 North Pine Island Road, Suite 500, Plantation, Florida 33324; Peter.Weinstein@csklegal.com; Karen.Henley@csklegal.com ; Burruezo & Burruezo Law – 911 Outer Road, Orlando, Florida 32814; vicki@burruezolaw.com ; carlos@burruezolaw.com.

/S/ *James J Dye, Esq.*
James J. Dye, Esq.
FBN: **0085006**
MORGAN & MORGAN P.A.
198 Broadway Avenue
Kissimmee, FL 34741
Telephone: (407) 452-6990
Primary email: JDye@forthepeople.com
Secondary email: acallan@forthepeople.com
Tertiary email: adasilva@forthepeople.com
Attorneys for Plaintiff