## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**BRITTNEY M. ALMANZAR,**

   **Plaintiff,**

**v.**                                              **Case No: 6:23-cv-347-PGB-DCI**

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE**
**COMPANY,**

   **Defendant.**
                                                    /

## ORDER

This cause is before the Court on the parties' Amended Joint Stipulation of Dismissal With Prejudice[1] (Doc. 36), filed March 20, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant State Farm Mutual Automobile Insurance Company are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

   **DONE AND ORDERED** in Orlando, Florida on March 21, 2024.

---

[1]   The parties previously filed a Joint Stipulation of Dismissal (Doc. 34) wherein they failed to indicate whether they sought dismissal of the case with prejudice or without prejudice. The Court thus entered an Order dismissing the case without prejudice (Doc. 35) pursuant to Federal Rule of Civil Procedure 41(a)(1)(B). However, the parties now seek dismissal of the case with prejudice. Accordingly, the Court now dismisses the case *with prejudice*. *See* FED. R. CIV. P. 41(a)(1)(B).

2

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties